THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ERIKA BAZEMORE,

    Plaintiff,

v.    Civ. No. **PJM 18-0264**

BEST BUY,

    Defendant.

## **MEMORANDUM OPINION AND ORDER**

On June 25, 2018, the Court entered a Memorandum Opinion and Order granting Defendant Best Buy's Motion to Dismiss *pro se* Plaintiff Erika Bazemore's Complaint. ECF No. 21 and 22. In that Opinion and Order, the Court ruled that Bazemore failed to allege sufficient facts to show that alleged hostile conduct is imputable to Defendant and dismissed her complaint with prejudice. ECF No. 21.

On July 19, 2018, Bazemore filed a Motion for Reconsideration. ECF No. 23. On August 2, 2018, Best Buy filed a response arguing, among other things, that Bazemore's Motion for Reconsideration was filed too late. ECF No. 24. On August 27, 2018, Bazemore filed a Motion for Late Submission of her original Motion for Reconsideration. ECF No. 27. Also, as the deadline for her Reply had passed at that point, she filed a Request for Extension to file her Reply, and included her Reply therein. ECF No. 27.

The Court, having considered Bazemore's Motion for Reconsideration and her Reply, finds that neither raises any new issues of law or fact not considered in the Court's Memorandum

Opinion of June 25, 2018. Therefore, it would be futile to reopen the case at this time. The late timing of the Motion to Reconsider and Bazemore's subsequent Reply do not affect the Court's earlier decision. Accordingly, it is this 7 day of September, 2018

**ORDERED**

1. Erika Bazemore's Motion for Reconsideration (ECF No. 23) is **DENIED**;

2. The Clerk is directed to transmit a copy of this Order to all counsel of record and mail a copy to Bazemore at the following address: Erika Bazemore, 2600 Brinkley Road, Apt. 2-6A, Fort Washington, MD 20744.

/s/
_____
**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**